**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| IMMERSION CORPORATION | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 12-259-RGA |
| v. | ) |
| | ) |
| | ) |
| HTC CORPORATION, et al., | ) |
| | ) |
| Defendants. | ) |

## JOINT STIPULATION TO STAY PENDING A RELATED ITC INVESTIGATION

IT IS HEREBY STIPULATED AND AGREED, by and among plaintiff Immersion Corporation ("Immersion") and defendants HTC Corporation; HTC (B.V.I.) Corp.; HTC America Holdings, Inc.; HTC America, Inc.; and Exedea, Inc. (collectively, "HTC"), by and through their undersigned counsel, and subject to the approval of the Court, that this action be stayed pending the final resolution of Investigation No. 337-TA-834 ("the ITC Investigation") by the International Trade Commission ("ITC").  Pursuant to 28 U.S.C. § 1659(a), "at the request of a party to the civil action that is also a respondent in the proceeding before the Commission, the district court shall stay, until the determination of the Commission becomes final, proceedings in the civil action with respect to any claim that involves the same issues involved in the proceeding before the Commission."  The ITC Investigation brought by Immersion against HTC was instituted by the ITC on April 2, 2012.  The ITC Investigation involves the same patents-in-suit and the same accused products.  All parties therefore respectfully request that this Court stay proceedings in this civil action until the determination of the Commission becomes final.

| BAYARD, P.A. | ASHBY & GEDDES |
|---|---|
| */s/ Richard D. Kirk* | */s/ John G. Day* |
| Richard D. Kirk (No. 0922) | John G. Day (No. 2403) |
| Stephen B. Brauerman (No. 4952) | Tiffany Geyer Lydon (No. 3950) |
| Vanessa R. Tiradentes (No. 5398) | Andrew C. Mayo (No. 5207) |
| 222 Delaware Avenue, Suite 900 | 500 Delaware Avenue, 8th Floor |
| Wilmington, DE 19801 | P.O. Box 1150 |
| rkirk@bayardlaw.com | Wilmington, DE 19899 |
| sbrauerman@bayardlaw.com | (302) 654-1888 |
| vtiradentes@bayardlaw.com | jday@ashby-geddes.com |
|  | tlydon@ashby-geddes.com |
| *Attorneys for Plaintiff Immersion Corporation* | amayo@ashby-geddes.com |

*Attorneys for Defendants HTC Corporation, HTC (B.V.I.) Corp., HTC America Holdings, Inc., HTC America, Inc., and Exedea, Inc.*

    IT IS SO ORDERED this _____ day _____, 2012.

                                                  United States District Judge