IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IMMERSION CORPORATION,<br><br>        Plaintiff,<br>  v.<br><br>HTC CORPORATION, and HTC AMERICA, INC.<br><br>        Defendants. | Civil Action No. 12-259-RGA |

## ORDER

Having reviewed the relevant papers, for the reasons stated in the accompanying Memorandum Opinion, **IT IS ORDERED**:

Defendants' Motion for Summary Judgment of Invalidity (D.I. 239) and Motion for Partial Summary Judgment Regarding the Damages Period for Three of the Patents-in-Suit (D.I. 233) are **GRANTED**. Defendants' Motion for Summary Judgment of Non-Infringement for U.S. Patent Nos. 6,429,846; 7,982,720; 8,031,181; and 8,059,105 (D.I. 245) is **GRANTED IN PART**. Summary judgment with respect to literal infringement for U.S. Patent Nos. 6,429,846 and 8,059,105 is **GRANTED**. The remainder of the motion is **DENIED**. Defendants' Motion for Summary Judgment of Non-Infringement for U.S. Patent No. 7,969,288 (D.I. 242) is **DENIED**.

Entered this 11th day of February, 2015.

/s/ Richard G. Andrews
United States District Judge