IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IMMERSION CORPORATION,<br><br>        Plaintiff,<br>v.<br><br>HTC CORPORATION, and HTC AMERICA, INC.<br><br>        Defendants. | Civil Action No. 12-259-RGA |

### ORDER

Having reviewed the relevant papers, for the reasons stated in the accompanying Memorandum Opinion, **IT IS ORDERED**:

Defendants HTC Corporation and HTC America, Inc.'s Motion to Exclude the Testimony of James Pampinella (D.I. 236) is **GRANTED IN PART** and **DENIED IN PART**. The Court will exclude Mr. Pampinella's testimony with respect to lost profits and allow his testimony with respect to a reasonable royalty.

Entered this 24th day of February, 2015.

*Richard G. Andrews*
United States District Judge

1