IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IMMERSION CORPORATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.  ) | C.A. No. 12-259-TBD |
| ) | |
| HTC CORPORATION and ) | |
| HTC AMERICA, INC., ) | |
| ) | |
| Defendants. ) | |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Kyle M. Amborn to represent the defendants in this matter. Pursuant to this Court's Standing Order effective March 25, 2014, the fee for the attorney listed above will be submitted upon the filing of this motion.

                    ASHBY & GEDDES

                    */s/ Tiffany Geyer Lydon*
                    _____
                    John G. Day (#2403)
                    Tiffany Geyer Lydon (#3950)
                    500 Delaware Avenue, 8th Floor
                    P.O. Box 1150
                    Wilmington, DE  19899
                    (302) 654-1888
                    jday@ashby-geddes.com
                    tlydon@ashby-geddes.com

                    *Attorneys for Defendants*

Dated:  March 12, 2015

{00952926;v1 }

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IMMERSION CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 12-259-TBD |
| | ) | |
| HTC CORPORATION and | ) | |
| HTC AMERICA, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

This _____ day of _____, 2015, the Court having considered the motion for the admission *pro hac vice* of Kyle M. Amborn to represent the defendants in the above action; now therefore,

IT IS HEREBY ORDERED that counsel's motion is granted, and that the foregoing attorney is admitted *pro hac vice.*

_____
United States Circuit Judge

{00952926;v1 }

# CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, that I am admitted, practicing, and in good standing as a member of the Bar of the State of Washington, and, pursuant to Local Rule 83.6, that I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

*/s/ Kyle M. Amborn*
_____
Kyle M. Amborn
PERKINS COIE LLP
1201 Third Avenue
Suite 4900
Seattle, WA 98101
(206) 359-6876
KAmborn@perkinscoie.com

Dated: March 12, 2015

{00952926;v1 }